**CHRISTENSEN JAMES & MARTIN, CHTD.**
Evan L. James, Esq. (7760)
Wesley J. Smith, Esq. (11871)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
Email: elj@cjmlv.com, wes@cjmlv.com
*Counsel for Plaintiffs Board of Trustees
of the International Painters and Allied
Trades Industry Pension Fund, et al.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \*

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND; BOARD OF TRUSTEES OF THE PAINTERS, GLAZIERS AND FLOORCOVERERS JOINT APPRENTICESHIP AND JOURNEYMAN TRAINING TRUST; BOARD OF TRUSTEES OF THE FINISHING TRADES INSTITUTE; BOARD OF TRUSTEES OF THE SOUTHERN NEVADA GLAZIERS AND FABRICATORS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE PAINTERS AND ALLIED TRADES LABOR-MANAGEMENT COOPERATION INITIATIVE; and BOARD OF TRUSTEES OF THE SOUTHERN NEVADA PAINTERS AND DECORATORS AND GLAZIERS LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST,<br><br>    Plaintiffs,<br><br>vs.<br><br>RIGHTWAY DRYWALL & PAINT, LLC; JOHN DOES I-XX, inclusive; and ROE ENTITIES I-XX, inclusive,<br><br>    Defendants. | CASE NO.: 2:18-cv-01055-JAD-PAL<br><br>**STIPULATION AND ORDER EXTENDING RESPONSIVE PLEADING DUE DATE**<br><br><br><br>Date: Thursday, October 18, 2018<br>Time: N/A |

The parties, through respective counsel, hereby report to the Court and stipulate as follows:

1. The parties have engaged in informal discovery whereby a partial audit of Defendant's wage records was conducted.

2. The parties have the initial audit report and the Defendant is being provided a thirty (30) day period in which to evaluate the report and respond if so desired.

3. This Stipulation is made in an effort to reduce litigation burdens on the Court and the parties.

4. This Stipulation and subsequent order have no preclusive effect on the audit, the parties positions, discovery, evidence or otherwise.

5. The parties stipulate to a responsive pleading due date of October 18, 2018.

Dated this 17th day of September, 2018.

CHRISTENSEN JAMES & MARTIN

By: */s/ Evan L. James*
Evan L. James, Esq. (7760)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Ph: (702) 255-1718
Attorneys for Plaintiffs

MARQUIZ LAW OFFICE, P.C.

By: */s/ Craig A. Marquiz*
Craig A. Marquiz, Esq. (7437)
3088 Via Flaminia Court
Henderson, NV 89052
Ph: (702) 263-5533
Attorney for Defendant

ORDER

It is so Ordered.

United States Magistrate Judge
Peggy A. Leen

Dated: October 3, 2018

CHRISTENSEN JAMES & MARTIN

By: */s/ Evan L. James*
Evan L. James, Esq. (7760)
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Ph: (702) 255-1718
Attorneys for Plaintiffs